IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-232

| | |
|---|---|
| SHANE GARDNER, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| RICKY WAYNE MATTHEWS, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Ruth C. Smith's Application for Admission to Practice *Pro Hac Vice* of David W. Bush. It appearing that David W. Bush is a member in good standing with the Tennessee State Bar and will be appearing with Ruth C. Smith, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Ruth C. Smith's Application for Admission to Practice Pro Hac Vice (#6) of David W. Bush is **GRANTED**, and that David W. Bush is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Ruth C. Smith.

Signed: November 19, 2015

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge